UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILOW FAMILY LIMITED
PARTNERSHIP et al.,

    Plaintiffs,

Case No. 1:10-cv-325

v.

HON. JANET T. NEFF

RNIA, LLC et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Corrected Report and Recommendation filed April 12, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Service of the Report and Recommendation to Defendant RNIA, LLC was returned, marked "return to sender," "not deliverable as addressed" and "unable to forward" (Dkt 151). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 150) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiffs' Motion to Strike Defendant Dale L. Triplett and Nancy Triplett's Motion to Set Aside Default (Dkt 138) and Defendants Dale L. Triplett and Nancy Triplett's Motion to Set Aside Default (Dkt 136) are DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Entry of Default Judgment (Dkt 134) is GRANTED as to liability only.

**IT IS FURTHER ORDERED** that the parties have <u>seven (7) days from the date of this Order</u> to contact Magistrate Judge Carmody's Judicial Assistant, Cynthia Hosner, at (616) 456-2528, to schedule an evidentiary hearing to determine damages, and a settlement conference.


Dated:  May 3, 2012                                          /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             UNITED STATES DISTRICT JUDGE